# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: auto | Date Created: 2/6/2023 |
| Case: 21−21150−CMB | Form ID: 309a | Total: 43 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr         Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015−1

                                                                                                                                                                        TOTAL: 1

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| tr | Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| aty | Kaitlin Shire | kshire@hillwallack.com |
| aty | Paul W. McElrath, Jr. | ecf@mcelrathlaw.com |
| aty | William E. Craig | ecfmail@mortoncraig.com |

                                                                                                                                                                            TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | | Leonard J. Rose | 763 West Mountainview Road | Acme, PA 15610 | |
| cr | | Credit Acceptance Corporation | 25505 W. 12 Mile Road | Suite 3000 | Southfield, MI 48034 |
| 15373941 | Capital One Auto Finan | Credit Bureau Dispute | Plano, TX 75025 | | |
| 15382836 | Capital One Auto Finan | Credit Bureau Dispute | Plano, TX 75025 | | |
| 15377417 | Capital One Auto Finance, a division of Capital On | P.O. Box 4360 | Houston, TX 77210 | | |
| 15374547 | Credit Acceptance | 25505 W Twelve Mile Rd | Suite 3000 | Southfield MI 48034 | |
| 15373942 | Credit Acceptance Corp | Po Box 5070 | Southfield, MI 48086 | | |
| 15382837 | Credit Acceptance Corp | Po Box 5070 | Southfield, MI 48086 | | |
| 15373943 | Fay Servicing Llc | 1601 Lbj Freeway | Farmers Branch, TX 75234 | | |
| 15382838 | Fay Servicing Llc | 1601 Lbj Freeway | Farmers Branch, TX 75234 | | |
| 15373944 | Fayette County Tax Claim Bureau | 61 East Main Street | Uniontown, PA 15401 | | |
| 15382839 | Fayette County Tax Claim Bureau | 61 East Main Street | Uniontown, PA 15401 | | |
| 15382840 | Hill Wallack, LLP | 777 Township Line Road | Yardley, PA 19067 | | |
| 15373945 | Jefferson Capital | PO BOX 7999 | Saint Cloud, MN 56302 | | |
| 15382841 | Jefferson Capital | PO BOX 7999 | Saint Cloud, MN 56302 | | |
| 15394841 | Jefferson Capital Systems LLC | Po Box 7999 | Saint Cloud MN 56302−9617 | | |
| 15373946 | KML Law Group | 701 Market St Ste 5000 | Philadelphia, PA 19106 | | |
| 15382842 | KML Law Group | 701 Market St Ste 5000 | Philadelphia, PA 19106 | | |
| 15373947 | Portfolio Recovery | Dispute/Correspondence | 140 Corporate Blvd. | Norfolk, VA 23502 | |
| 15382843 | Portfolio Recovery | Dispute/Correspondence | 140 Corporate Blvd. | Norfolk, VA 23502 | |
| 15373948 | Portfolio Recovery | PO Box 41067 | Norfolk, VA 23541 | | |
| 15382844 | Portfolio Recovery | PO Box 41067 | Norfolk, VA 23541 | | |
| 15389389 | Portfolio Recovery Associates, LLC | POB 12914 | Norfolk VA 23541 | | |
| 15373949 | Sheffield Financial | PO Box 1847 | Wilson, NC 27894 | | |
| 15382845 | Sheffield Financial | PO Box 1847 | Wilson, NC 27894 | | |
| 15373950 | Tbom/atls/aspire | Po Box 105555 | Atlanta, GA 30348 | | |
| 15382846 | Tbom/atls/aspire | Po Box 105555 | Atlanta, GA 30348 | | |
| 15373951 | Tbom/atls/fortiva Mc | Po Box 105555 | Atlanta, GA 30348 | | |
| 15382847 | Tbom/atls/fortiva Mc | Po Box 105555 | Atlanta, GA 30348 | | |
| 15373952 | The Bank of Missouri | PO Box 105555 | Atlanta, GA 30348 | | |
| 15382848 | The Bank of Missouri | PO Box 105555 | Atlanta, GA 30348 | | |
| 15373953 | Verizon | 500 Technology Dr | Weldon Spring, MO 63304 | | |
| 15382849 | Verizon | 500 Technology Dr | Weldon Spring, MO 63304 | | |
| 15373954 | West Penn Power | P.O. Box 3687 | Akron, OH 44309−3687 | | |
| 15382850 | West Penn Power | P.O. Box 3687 | Akron, OH 44309−3687 | | |
| 15374956 | Wilmington Trust National Association, et al | c/o Kaitlin Shire Esq. | Hill Wallack LLP | 777 Township Line Rd Ste 250 | Yardley, PA 19067 |
| 15394860 | Wilmington Trust, National Association, et al., | c/o Fay Servicing, LLC | P.O. Box 814609 | Dallas, TX 75381 | |

                                                                                                                                                                          TOTAL: 37